IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY T. ONEAL,

    Plaintiff,

v.

NCAA, et al.

    Defendants.
_____/

No. C 10-02228 JSW

**ORDER DISMISSING FOR FAILURE TO PROSECUTE**

On May 24, 2010, Plaintiff Jerry T. O'Neal filed a document that is incomprehensible to the point of being incoherent. On that same date, the Clerk's office sent two notices to Plaintiff advising him that he had not filed a complaint and that he had not paid the filing fee. On June 14, 2010, the record shows that mail addressed to him was returned as undeliverable.

Because Plaintiff has failed to properly prosecute this case and has not updated his address as required, this case is HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 20, 2010

                                         *Jeffrey S. White*
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JERRY T. ONEAL,

        Plaintiff,

  v.

NCAA et al,

        Defendant.
                                /

Case Number: CV10-02228 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry T. O'Neal
P.O. Box 1000
Chattahoochee, FL 32324

Dated: December 20, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk